# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA                :       S4 02 Cr. 1144 (VEC)
                                        :
           -v-                          :
                                        :
BERNARD J. EBBERS, et al.,              :
                                        :
           Defendants.                  :
------------------------------------------------------------x

## NOTICE TO FORMER WORLDCOM INVESTORS

   Title 18, United States Code, Section 3771(a) sets forth certain rights for crime victims and establishes certain requirements concerning victim notification by the Government. Among other rights, Section 3771(a) provides the following rights for crime victims:

   (1) The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

   (2) The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

   On July 13, 2005, defendant Bernard J. Ebbers was sentenced to a term of imprisonment of 25 years. Ebbers began to serve this term of imprisonment on September 26, 2006. Assuming credit for good conduct while incarcerated, Ebbers has an anticipated release date of approximately July 4, 2028.

   On September 5, 2019, Ebbers filed a motion with the Court for a sentencing reduction pursuant to 18 U.S.C. § 3582 and the First Step Act. The motion, which seeks Ebbers' immediate release from prison, is based on Ebbers' numerous medical conditions and his advanced age. The Government has opposed Ebbers' motion. A copy of the briefs relating to Ebbers' motion for a sentence reduction can be found at: [insert].

   As a victim of Ebbers' crimes, should you wish to provide your views to the presiding United States District Judge in this matter, the Honorable Valerie E. Caproni, with respect to Ebbers' motion for a sentence reduction, you may do so. Please address any such correspondence to the Court, but send the correspondence to the Victim/Witness coordinator for the U.S. Attorney's Office for the Southern District of New York (the "Office") **by email** as follows:

Ms. Wendy Olsen-Clancy
Victim/Witness Coordinator
United States Attorney's Office
Southern District of New York
email:
**Wendy.Olsen@usdoj.gov**

The Office will then provide a copy of any correspondence received to the Court and counsel for Ebbers. To be considered by the Court, any such correspondence must be received by the United States Attorney's Office by no later then [insert].