```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 UNITED STATES OF AMERICA                    :
                                             :
         -against-                           :
                                             :    (S4) 02-CR-1144-3 (VEC)
                                             :
 BERNARD J. EBBERS,                          :    ORDER
                                             :
                        Defendant.           :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2019, the Government produced additional medical records for Mr. Ebbers from the Bureau of Prisons;

WHEREAS the Government represents that a colonoscopy and CT scan have been scheduled for early and mid-December, *see* Dkt. 367;

WHEREAS the produced medical records include a psychologist's notes describing calls that the psychologist reviewed between Mr. Ebbers and his daughter, *see* Dkt. 367;

IT IS HEREBY ORDERED that the Government must produce the recorded calls to the Court and Mr. Ebbers no later than **December 10, 2019**. The Government must also notify the Court when the colonoscopy and CT scan have been scheduled, and produce the clinical analysis and results of the colonoscopy and CT scan when they have been completed.

IT IS FURTHER ORDERED that oral argument is scheduled for **December 18, 2019, at 2:00 p.m.** Oral argument will be rescheduled if the Court does not have the results of the colonoscopy and CT scan by December 17, 2019.

**SO ORDERED.**

**Dated: November 26, 2019**
      New York, NY

_____
      **VALERIE CAPRONI**
      **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019