*Graham P. Carner*
ATTORNEY & COUNSELOR AT LAW

graham.carner@gmail.com

December 2, 2019

**VIA ECF & FEDEX OVERNIGHT DELIVERY**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Bernard J. Ebbers*; Cause No. 1:02-CR-1144-VEC

Dear Judge Caproni:

On Tuesday, November 26, 2019, I was informed that Mr. Ebbers had been transferred by the Bureau of Prisons (BOP) from FMC Ft. Worth to a private hospital on Sunday, November 24, 2019. I formally requested information about this transfer, the reasons for it, and supporting medical records from BOP on November 26, but to date have not received anything in response. It is my understanding that Mr. Ebbers was returned to FMC Ft. Worth some time over the weekend.

Mr. Ebbers' family has been informed that the reasons for his hospitalization include low sodium levels and altered mental status. According to the Mayo Clinic, the symptoms of low sodium levels (referred to as hyponatremia) include altered personality, lethargy, and confusion. Severe hyponatremia can cause seizures, coma, and even death.
https://www.mayoclinic.org/diseases-conditions/hyponatremia/expert-answers/low-blood-sodium/faq-20058465

I am writing to inform the Court of this new development with Mr. Ebbers' health. I am also writing to ask the Court to order the Government to provide, to the Court and Mr. Ebbers' counsel, updated medical records from FMC Ft. Worth and all other medical providers (hospitals, clinics, doctors, lab results, diagnostic testing, etc.) that Mr. Ebbers has recently seen.

Finally, given that Mr. Ebbers was just hospitalized for nearly one week, hopefully BOP took that opportunity to conduct all diagnostic testing that has been planned for Mr. Ebbers (including the CT scan and colonoscopy referred to in the Court' recent Order, Docket # 369). If BOP did not avail itself of this opportunity and such test results are not received by the December 17, 2019 deadline in the Court's Order, Ebbers respectfully requests that the Court consider conducting the oral argument scheduled for December 18, 2019.

775 N. Congress Street, Jackson, MS 39202
Phone: (601) 949-9456 • Fax: (601) 354-7854
www.grahampcarnerpllc.com

*Letter to Judge Caproni*
*December 2, 2019*
*Page 2*

We appreciate the Court's attention to these matters.  Should the Court need anything further in this regard, please have someone in your office contact me.

                                              Sincerely,

                                              */s/ Graham P. Carner*

                                              GRAHAM P. CARNER, PLLC

c:       Gina Castellano (via ECF & E-mail)