ATTORNEY & COUNSELOR AT LAW

graham.carner@gmail.com

December 11, 2019

**VIA ECF, E-MAIL & FEDEX OVERNIGHT DELIVERY**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Bernard J. Ebbers*; Cause No. 1:02-CR-1144-VEC

Dear Judge Caproni:

I am writing to inform the Court of a new development with Mr. Ebbers' health.

I was informed earlier today, while I was appearing in another court, that Mr. Ebbers had again been transferred by the Bureau of Prisons (BOP) from FMC Ft. Worth to a private hospital. It is my understanding that Mr. Ebbers was admitted to a hospital late last night with suspected urinary sepsis. I have heard that he is undergoing testing and that his prognosis is presently unclear.

Sepsis "is a potentially life-threatening condition caused by the body's response to an infection. The body normally releases chemicals into the bloodstream to fight an infection. Sepsis occurs when the body's response to these chemicals is out of balance, triggering changes that can damage multiple organ systems." Sepsis is even more dangerous in those who, like Mr. Ebbers, are elderly and suffering from chronic conditions. https://www.mayoclinic.org/diseases-conditions/sepsis/symptoms-causes/syc-20351214

If I receive additional information, I will provide it to the Court, but in light of the serious nature of this recent development, I wanted to alert the Court today.

We appreciate the Court's attention to these matters. Should the Court need anything further in this regard, please have someone in your office contact me.

                          Sincerely,

                          /s/ Graham P. Carner

                          GRAHAM P. CARNER, PLLC

c:      Gina Castellano (via ECF & E-mail)