



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Bernard J. Ebbers*, 02 Cr. 1144 (VEC)

Dear Judge Caproni:

    We write to advise the Court of a recently issued decision by the Honorable Colleen McMahon in *United States v. Samuel Israel*, 05-Cr-1039 (CM), in which Chief Judge McMahon denied a First Step Act motion filed by the defendant, who had been convicted of serious fraud offenses in this District. We have attached the redacted version of the decision as publicly filed and will provide separately to the Court the unredacted version.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

      by:   /s/ Gina M. Castellano/djs
             Gina M. Castellano
             Assistant United States Attorney
             (212) 637-2224

Attachment

cc: Graham Patrick Carner, Esq., counsel to defendant Ebbers (by ECF)