USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

Bernard J. Ebbers,

                           Defendant.

------------------------------------------------------------------X

2 cr. 1144 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Wednesday, December 18, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:     New York, New York
            December 17, 2019

_____
VALERIE CAPRONI
United States District Judge