USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

BERNARD J. EBBERS,

                         Defendant.

------------------------------------------------------------ X

(S4) 02-CR-1144-3 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 5, 2019, Defendant Ebbers filed a motion for reduction in sentence and release under 18 U.S.C. § 3582(c)(1)(A), *see* Dkt. 350; and

    WHEREAS on December 18, 2019, the Court held oral argument on Defendant's motion;

    IT IS HEREBY ORDERED that Defendant's motion for a reduced sentence is GRANTED for the reasons stated on the record. Defendant's sentence is reduced to time served. The Bureau of Prisons is authorized to delay execution of this Order for up to ten days after its issuance so that the Bureau may make necessary arrangements related to Defendant's release. The Bureau of Prisons is directed to proceed as expeditiously as possible so as to avoid any unnecessary delay. A written opinion and an amended judgment shall issue forthwith. The Clerk of Court is respectfully directed to terminate docket entry 350.

**SO ORDERED.**

**Dated: December 18, 2019**
     **New York, NY**

                                _____
                                  **VALERIE CAPRONI**
                                  **United States District Judge**