UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
            -against-                                        :
                                                             :    (S4) 02-CR-1144-3 (VEC)
                                                             :
    BERNARD J. EBBERS,                                       :    ORDER
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 8, 2019, the Court ordered the Government to give victims notice of Defendant Ebbers's motion for a sentence reduction, *see* Dkt. 365; and

WHEREAS the Government, in accordance with the Court's November 8, 2019, Order, produced victim correspondence to the Court and Defendant;

IT IS HEREBY ORDERED that the Government must file the produced correspondence on the public docket, redacted as necessary to protect victims' personal information, no later than **January 28, 2020**.

**SO ORDERED.**

**Dated: January 7, 2020**
**New York, NY**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**