



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Bernard J. Ebbers*, 02 Cr. 1144 (VEC)

Dear Judge Caproni:

    Pursuant to the Court's Order of January 7, 2020 (D.E. 383), attached hereto as Exhibits A-G are compilations of correspondence received pursuant to the victim notification procedures established in this matter. The correspondence has been redacted to protect personal information.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    by:   /s/ Gina M. Castellano/jhc
        Gina M. Castellano
        Assistant United States Attorney
        (212) 637-2224

cc: Graham Patrick Carner, Esq., counsel to defendant Ebbers (by ECF)