

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2019

**BY HAND DELIVERY**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Bernard J. Ebbers*, 02 Cr. 1144 (VEC)

Dear Judge Caproni:

Consistent with the Court's Order of November 8, 2019, please find enclosed a disk consisting of approximately 170 pages of email correspondence received today regarding Mr. Ebbers.

A quick scan of these emails reveals that many were submitted by friends and family of Ebbers. While it is impossible to determine on short notice which and how many of these friends and family were, in fact, investors in WorldCom during the relevant period, and therefore actual victims of his crimes, the text of many of these emails suggest that the authors likely were not. The Government is also aware that relatives of Ebbers have been actively encouraging friends and family members to write in as a means of advocating for the defendant's requested relief.

Rather than attempt to parse out or cull emails that were written by non-investors, the Government is providing copies of all correspondence received.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/ Gina M. Castellano
      Gina Castellano
      Assistant United States Attorney
      (212) 637-2224

cc: Graham Patrick Carner, Esq., counsel to defendant Ebbers (by email)